Richard Wahng (SBN 225672)
Ray H. Choi (SBN 256619)
Law Offices of Richard C. J. Wahng
152 Anza Street, Suite 201
Fremont, CA 94539
Tel: (510) 490-4447
Fax: (510) 344-5755

Attorney for Plaintiff
CARLOS VALDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS VALDEZ, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOL'N JAM ENTERPRISES, INC., a California corporation; CRAIG PEARCE, an individual; and DOES 1 through 20 inclusive,<br><br>　　　　　Defendants. | Case No. CV 13-0412 LB<br><br>**REQUEST FOR COURTCALL APPEARANCE**<br>ORDER<br><br>Date:　　July 11, 2013<br>Time:　　11:00 a.m.<br>Judge:　　Hon. Laurel Beeler |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

　　Plaintiff's counsel, Ray H. Choi, requests permission to appear at the July 11, 2013 Case Management Conference by CourtCall, as his family will have moved their residence and his office to Los Angeles, California.

Dated: May 22, 2013　　　　　　　　　　LAW OFFICES OF RICHARD WAHNG

　　　　　　　　　　　　　　　　　　　　/s/ Ray H. Choi
Dated: May 28, 2013　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　RAY H. CHOI
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Carlos Valdez

[APPROVED — Judge Laurel Beeler, United States District Court, Northern District of California]

REQUEST FOR COURTCALL APPEARANCE

- 1 -