1  Richard Wahng (SBN 225672)
   Ray H. Choi (SBN 256619)
2  Law Offices of Richard C. J. Wahng
   152 Anza Street, Suite 201
3  Fremont, CA 94539
   Tel:  (510) 490-4447
4  Fax:  (510) 344-5755

5  Attorney for Plaintiff
   CARLOS VALDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLOS VALDEZ, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>HOL'N JAM ENTERPRISES, INC., a California corporation; CRAIG PEARCE, an individual; and DOES 1 through 20 inclusive,<br><br>    Defendants. | Case No. CV 13-0412 LB<br><br>**UPDATED CASE MANAGEMENT CONFERENCE STATEMENT**<br>ORDER<br><br>Date:      August 22, 2013<br>Time:     11:00 a.m.<br>Judge:    Hon. Laurel Beeler |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

    Plaintiff's counsel, Ray H. Choi, informs the Court of the status of the case. Plaintiff has rejected Defendants' negligible settlement offer, and settlement discussions have come to a halt for the time being it seems.  Plaintiff is unsure of Defendants' position, as Defendant has still not filed an Answer to his complaint and maintains that service was ineffective.  Plaintiff has filed the Proofs of Service for both named Defendants.

    Plaintiff files concurrently with this Updated Case Management Conference Statement a Request For Entry of Default against Defendants and will shortly thereafter seek a default judgment.

Dated: August 15, 2013                                      LAW OFFICES OF RICHARD WAHNG

                                                             /s/  Ray H. Choi
                                                             _____
                                                             RAY H. CHOI
                                                             Attorney for Plaintiff Carlos Valdez

```
The Case Management Conference is reset to November 7, 2013 at 11:00 a.m. A Joint
Case Management Conference Statement due October 31, 2013.
Date:   August 21, 2013
```



APPROVED
Judge Laurel Beeler